## O'GORMAN v. PFEIFFER.

(Supreme Court, Appellate Division, First Department.    October 13, 1911.)

APPEAL AND ERROR (§ 479*)—DENIAL OF LEAVE TO APPEAL—STAY.

 It was error to continue a stay, granted below, pending an application for leave to appeal to the Court of Appeals, after application was denied by the Appellate Division.

 [Ed. Note.—For other cases, see Appeal and Error, Dec. Dig. § 479.*]

Appeal from Special Term, New York County.

Action by Nellie O'Gorman against Minnie Pfeiffer. From an order granting a stay pending application for leave to appeal to the Court of Appeals, defendant appeals. Reversed.

See, also, 130 N. Y. Supp. 77.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, CLARKE, and MILLER, JJ.

Benjamin Scharps, for appellant.

Cornelius J. Earley, for respondent

PER CURIAM. The order was erroneous in continuing the stay after the determination of this court to refuse to certify questions to the Court of Appeals. This court having denied the application for leave to appeal to the Court of Appeals, the stay can subserve no useful purpose, and therefore the order appealed from is reversed, with $10 costs and disbursements, and the stay vacated.